Mr. Timothy Seawright
#06362-055
P.O. Box 879/RDAP-H-A
Ayer, MA 01432

Office of the Clerk
Donohue Federal Building and
Federal Courthouse
595 Main Street
Worcester, MA 01608-2076

July 27, 2004

**RE: Seawright v. Winn, et al:**   04-40145

Dear Clerk,

    Enclosed for filing and docketing, please locate the original and two (2) copies of my pro se Petition under 28 USC § 2241. Also attached herein are three (3) copies of my pro se "Memorandum Of Points and Authorities" in support therein.

    Please be advised that my $5.00 filing fee will be received under separate cover. Please process my pleadings accordingly. Thank you for your attention to this matter.

Respectfully yours,

Timothy Seawright, pro se

cc. file