UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tim Seawright
        Petitioner

   V.

David L. Winn
        Respondent

CIVIL ACTION

NO. 04-40145-PBS

## O R D E R

SARIS, D.J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

<u>August 17, 2004</u>
    Date

By the Court

  <u>/s/ Robert C. Alba</u>
Deputy Clerk

Copies to:
- Petitioner
- United States Attorney
- United States Attorney General John Ashcroft
  Department of Justice
  950 Pennsylvania Ave. N.W., Room 4545
  Washington, DC 20530-0001
- Frank Crowley, Special Assistant U.S. Attorney
  Immigration & Naturalization Service
  P.O. Box 8728
  JFK Station
  Boston, MA 02114

(2241servINS.wpd - 09/00)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[2241serv.]