UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIM SEAWRIGHT,<br><br>　　Petitioner,<br><br>v.<br><br>DAVID L. WINN, Warden,<br><br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-40145-PBS<br>)<br>)<br>)<br>)<br>) |

### MOTION OF THE DEFENDANT TO ENLARGE THE TIME
### TO ANSWER OR OTHERWISE RESPOND

　　The respondent, David L. Winn, Warden for the Federal Medical Center Devens, Ayer, Massachusetts, by his attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, Christopher R. Donato, Assistant U.S. Attorney, of counsel, moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter until November 18, 2003.

　　As reasons therefore, the respondent states that the petition was received by the United States Attorney's Office on August 25, 2004, along with an order directing the respondent to answer within twenty (20) days of the receipt of the order. Recognizing the unique position of government defendants, the Federal Rules ordinarily grant the United States sixty (60) days to answer or file a motion under Rule 12. Fed.R.Civ.P. 12(a)(3)(A). The respondent requests that the time for filing an answer or other responsive pleading be enlarged to October 25,

2004, so that the respondent may have its customary sixty (60) days to respond as the respondent is in the process of gathering information necessary to file an answer or other response and needs additional time to complete these assessments.

Wherefore the respondent respectfully requests that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until October 25, 2004.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorney,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:  /S/ Christopher R. Donato
>Christopher R. Donato
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley Courthouse
>Suite 9200
>1 Courthouse Way
>Boston, MA 02210
>(617) 748-3303

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the *pro se* plaintiff:

Tim Seawright, Inmate
Federal Registry No. 0332-0556
Housing Unit H-A
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

Dated: August 26, 2004        /S/ Christopher R. Donato
                              Christopher R. Donato
                              Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

Because the *pro se* plaintiff is a prisoner currently incarcerated in a federal correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.


Dated: August 26, 2004         /S/ Christopher R. Donato
                               Christopher R. Donato
                               Assistant U.S. Attorney

3