UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM SEAWRIGHT, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>DAVID L. WINN, Warden, )<br>)<br>    Respondent. )<br>) | Civil Action No. 04-40145-PBS |

**RESPONDENT'S MOTION TO DISMISS
THE PETITIONER'S HABEAS CORPUS PETITION**

As more fully demonstrated in the accompanying Memorandum in Support, the respondent, David L. Winn, Warden for the Federal Medical Center Devens, Ayer, Massachusetts, respectfully requests that this Court dismiss the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the petitioner has failed to state a claim upon which relief can be granted.

                      Respectfully submitted,

                      UNITED STATES OF AMERICA
                      By its attorney,

                      MICHAEL J. SULLIVAN
                      United States Attorney

        By:  <u>/S/ Christopher R. Donato</u>
              Christopher R. Donato
              Assistant U.S. Attorney
              U.S. Attorney's Office
              John Joseph Moakley Courthouse
              Suite 9200
              1 Courthouse Way
              Boston, MA 02210
              (617) 748-3100

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the above Motion to Dismiss was served by first class mail, postage prepaid, upon the *pro se* petitioner:

Tim Seawright, Inmate
Federal Registry No. 0332-0556
Housing Unit H-A
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432


Dated: October 25, 2004       /S/ Christopher R. Donato
                                        Christopher R. Donato
                                        Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

    Because the *pro se* petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.


Dated: October 25, 2004       /S/ Christopher R. Donato
                                        Christopher R. Donato
                                        Assistant U.S. Attorney