UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM SEAWRIGHT,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID L. WINN, Warden,<br> Federal Medical Center, Devens,<br><br>   Respondent. | Civ. Action No. 4:04CV-40145(PBS) |

## DECLARATION OF PATRICK W. WARD

I, Patrick Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business at FMC Devens, as well as other institutions. This includes, but is not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4. The Bureau of Prisons has established an administrative remedy procedure whereby inmates can seek formal review of any complaint regarding any aspect of their imprisonment. Plaintiff had available to her the four step procedures set forth in the BOP's Administrative Remedy Program. See 28 C.F.R. § 542. The BOP regulations provide "a process through which inmates may seek formal review of an issue which relates to any aspect of their confinement... if less formal procedures have not resolved the matter." 28 C.F.R. § 542.10. In accordance with the

BOP's Administrative Remedy Program, an inmate shall first attempt informal resolution of her complaint by presenting the issue informally to staff, and staff must attempt to resolve the issue. See 28 C.F.R. § 54213(a). If the complaint cannot be resolved informally, the inmate may submit a formal written Administrative Remedy Request to the Warden, on a designated form, within twenty days of the event that triggered the inmate's complaint. 28 C.F.R. § 542.14(a). If the inmate's formal request is denied, the inmate may submit an appeal to the appropriate Regional Director of the BOP, within twenty calendar days of the date of the Warden signed the response. 28 C.F.R. § 542.15(a). A negative decision from the Regional Director may in turn be appealed to the General Counsel's office (in the Central Office) within thirty calendar days of the date the Regional Director signed the response. Id. No administrative remedy appeal is considered to have been fully exhausted until considered by the Bureau of Prisons' Central Office. 28 C.F.R. §§ 542.14-542.15. This Program is available to inmates confined at the Federal Medical Center in Devens and would include any issues surrounding Community Corrections Center (CCC) placement and the Residential Drug Abuse Program (RDAP) early release consideration.

5. On September 29, 2004, I ran a SENTRY search to determine if inmate Tim Seawright, Reg. No. 06362-055, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in his Petition. A review of his Administrative Remedy Record revealed that, although he has utilized the administrative remedy process to address the issue of his CCC ineligibility and potential early release, he failed to properly exhaust his administrative remedies by following through with an appropriate and timely filed Central Office Administrative Remedy Appeal. A true and accurate copy of the Administrative Remedy Generalized Retrieval screen for Petitioner Seawright is attached as **Document 1C**.

6. Attached hereto, please find true and correct copies of the following documents relating to Petitioner Tim Seawright, Reg. No. 06362-055:

   A. Judgment and Commitment Order;
   B. Sentence Monitoring Computation Data;
   C. Administrative Remedy History;
   D. Request for Administrative Remedy, Case Number 323988-F1, and Response;
   E. Regional Administrative Remedy Appeal, Case Number 323988-R1, and Response;
   F. Central Office Administrative Remedy Appeal, Case Number 323988-A1, and Rejection;
   G. BOP Program Statement 5330.10, Drug Abuse Programs Manual, Inmate (relevant portion);
   H. Participation Agreement (May 24, 2002);
   I. Notice of RDAP Qualification and Provisional §3621(e) Eligibility (June 19, 2002);
   J. Inmate History, Admission-Release;
   K. Inmate History, Drug Programs;
   L. Notice of RDAP Qualification and Provisional §3621(e) Eligibility (July 21, 2003);

| | |
|---|---|
| M. | Institutional Referral For CCC Placement; |
| N. | November 2003 Progress Report; |
| O. | December 2003 Northeast Regional Office Memorandum; |
| P. | February 2004 Community Corrections Manager (CCM) Response Letter; |
| Q. | BOP Program Statement 7310.04, <u>Community Corrections Center (CCC) Utilization and Transfer Procedures</u>; |
| R. | BOP Program Statement 5100.07, <u>Security Designation and Custody Classification Manual</u> (relevant portion); |
| S. | February 2004 Notice of Denial of CCC; |
| T. | Change in Drug Abuse Treatment Program Status Memorandum; |
| U. | March 2004 Northeast Regional Office Memorandum; |
| V. | Pre-Sentence Investigation Report (PSR) (relevant portion); |
| W. | Security/Designation Data. |

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 20th day of October, 2004

*[signature]*
Patrick W. Ward
Attorney Advisor
Consolidated Legal Center - Devens