```
                                    TIM SEAWRIGHT
                                    REG.#06362-055
                                    FMC DEVENS UNIT-H2
                                    P.O. BOX 879
                                    AYER, MA.    01432
```

January, [illegible], 2005

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS    02210

RE: STATUS OF CIVIL ACTION - CASE # 4:04-cv-40145 PBS

(SEAWRIGHT VS. WINN)

I am requesting the status of my civil action - case# 4:04-cv-40145 (SEAWRIGHT vs WINN), which was filed in this court on JULY 28, 2004.

I Thank You for your time and cooperation in the above - referenced matter.

Enclosed is a self addressed stamped envelope for response/docket sheet on the requested case. Again Thank you.

```
                                    Respectfully
                                                      /s/
                                    TIM SEAWRIGHT
                                    REG.# 06362-055
```