```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|                          |   |                                    |
|--------------------------|---|------------------------------------|
| TIM SEAWRIGHT,           | ) |                                    |
| Petitioner,              | ) |                                    |
| v.                       | ) | Civil Action No. 04-40145-PBS      |
| DAVID L. WINN, Warden,   | ) |                                    |
| Respondent.              | ) |                                    |

**RESPONDENT'S OPPOSITION TO THE PETITIONER'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

The respondent, David L. Winn, Warden for the Federal Medical Center Devens, Ayer, Massachusetts, hereby opposes the petitioner's motion for judgment on the pleadings for the reasons set forth by the respondent in his previously filed Memorandum in Support of Motion to Dismiss the Petitioner's Habeas Corpus Petition; the petitioner failed to exhaust his administrative remedies as required by the PLRA and the respondent's decision was clearly within the discretion set forth by 18 U.S.C. § 3621.

Accordingly, the respondent respectfully requests that the petitioner's motion for judgment on the pleadings be denied and that his petition for writ of habeas corpus be dismissed.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorney,
>
>MICHAEL J. SULLIVAN
>United States Attorney

Dated: February 9, 2005   By:   /S/ Christopher R. Donato
>Christopher R. Donato
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley Courthouse
>Suite 9200
>1 Courthouse Way
>Boston, MA 02210
>(617) 748-3100

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above opposition to the petitioner's motion for judgment on the pleadings was served by first class mail, postage prepaid, upon the *pro se* petitioner:

Tim Seawright, Inmate
Federal Registry No. 0332-0556
Housing Unit H-A
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432


Dated: February 9, 2005   /S/ Christopher R. Donato
>Christopher R. Donato
>Assistant U.S. Attorney

2