UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

Tim Seawright

        V.        CA No.  04-40145-PBS

David L. Winn

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Collings for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

(B)     Referred for full pretrial case management, *not* including dispositive motions:

(C)     Referred for discovery purposes only.

(D)   **X**  Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (**X**) Motion for judgment on the pleadings - Doc. # 12.
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (  ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions: _____

July 13, 2005                       By:    /s/ Robert C. Alba
Date                                          Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions