# United States District Court
# District of Massachusetts

TIM SEAWRIGHT,
    Petitioner,

v.                               CIVIL ACTION NO. 04-40145-PBS

DAVID L. WINN, WARDEN,
    Respondent.

## *REPORT AND RECOMMENDATION ON MOTION FOR JUDGMENT ON THE PLEADINGS (# 12)*

COLLINGS, U.S.M.J.

    For the reasons stated in the Report and Recommendation issued this date on Respondent's Motion to Dismiss the Petitioner's Habeas Corpus Petition (#6), I RECOMMEND that petitioner's Motion for Judgment on the Pleadings (#12) be DENIED.

### *Review by the District Judge*

    The parties are hereby advised that pursuant to Rule 72, Fed. R. Civ. P., any party who objects to this recommendation must file a specific written objection thereto with the Clerk of this Court within 10 days of the party's

receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review.  *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 18, 2005.